IN RE Honorable John A. LOWERY, No. 284-79

August 15, 1979. Pursuant to the Final Order of Recommendation of the Judicial Responsibility Board filed on August 9, 1979, the Honorable John A. Lowery is admonished to refrain from initiating or considering ex parte or other communications concerning a pending or impending proceeding which are beyond the requirements of his duties as a judge. 12 V.S.A. App. VIII, A.O. 10, Canon 3A(4); *State* v. *Gokey*, 136 Vt. 33, 39, 383 A.2d 601 (1978).

STATE of Vermont v. Michael Dennis RANZONA, No. 286-79

August 30, 1979. The order revoking bail is reversed, and the cause remanded for a determination, following additional hearing, if the parties be so advised, of whether revocation can be supported on the ground that no less drastic means will reasonably assure the appellant's attendance at further proceedings, *State* v. *Mecier*, 136 Vt. 336, 388 A.2d 435 (1978), and, if not, whether additional or different conditions of release should be imposed. 13 V.S.A. §§ 7554, 7556(b); *State* v. *Pray*, 133 Vt. 537, 346 A.2d 227 (1975).

Billings, J.

STATE of Vermont v. SHOP & SAVE FOOD MARKETS, INC., No. 262-79

August 31, 1979. The motion of Vermont Retail Association, Inc., for leave to file an amicus curiae brief is granted.

IN RE Jeffrey T. SMITH, No. 281-79

August 31, 1979. Petition for relief dismissed for want of jurisdiction.

Mary FYLES v. SALES LEADERSHIP CLUB, INC., No. 322-77

September 10, 1979. Appeal dismissed for failure to comply with the progress order of June 6, 1979.

Edward G. LETOURNEAU v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 113-78

September 10, 1979. Appeal dismissed for failure to comply with the order dated June 6, 1979.

THE UNION BANK v. Allan F. JONES v. Douglas McLeod, Lauren McLeod and Edward J. Hamilton, Jr., and Peter Glenn Shops, Inc., and Fashion Sports, Inc., No. 256-78

September 10, 1979. Appeal dismissed for want of jurisdiction. V.R.C.P. 54(b).